586

54 A.3d 14

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John Henry CARTER, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 27, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of September 2012, the Petition for Allowance of Appeal is **DENIED** without prejudice to the petitioner's right to file another PCRA petition premised on *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012)